UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

X   #CV 05 847

ALLEN MYERS

        Plaintiffs

   Against

AFFIDAVIT OF SERVICE
OF SUMMONS AND
COMPLAINT IN A CIVIL
ACTION

THE CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPT., DTS WATERS, BRZOSTER,
SANTEFEMIA, SHASTA,
THE NEW YORK COUNTY DISTRICT ATTORNEYS
OFFICE

        Defendant,

X

STATE OF NEW YORK,
COUNTY OF NASSAU
GERARD A. GEISWELLER, UNDERSIGNED BEING DULY SWORN, DEPOSES AND SAYS: DEPONENT IS NOT A PARTY TO THE ACTION, IS OVER 18 YEARS OF AGE AND AND RESIDES IN LONG BEACH, NY 11561, THAT ON 1/25/06 at 1:00 pm at 357 W.35TH ST. NEW YORK, NY 10001 DEPONENT SERVED THE WITHIN SUMMONS AND COMPLAINT IN A CIVIL ACTION ON DET. SHASTA BY DELIVERING A TRUE COPY OF EACH TO LT. OTHMAN, A PERSON AUTHORIZED TO ACCEPT SERVICE. DEPONENT DESCRIBES LT. OTHMAN AS A MALE WHITE SKIN, BALDING, 45 YEARS OF AGE, 6'3", 220 LBS.

SWORN TO BEFORE ME ON

GEORGE BROWN
NOTARY PUBLIC NEW YORK
REG# 01 BR4849815
NASSAU COUNTY  PIRES 1/6/08

                                  GERARD A. GEISWELLER
                                  0867101